ANGELO PAOLI. Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.